```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

JAMES ANTHONY                  *

          Plaintiff            *

     vs.                       *    CIVIL ACTION NO. MJG-12-99

MIDLAND FUNDING, LLC, et al.   *

          Defendants           *

*    *    *    *    *    *    *    *    *
```

MEMORANDUM AND ORDER

The Court has before it Defendants' Motion to Modify April 17, 2012 Scheduling Order [Document 19] and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

Plaintiff has effectively "solved" the preliminary report problem by transforming the "preliminary" report into the final report of Dr. Mitra. Moreover, the scheduling of settlement proceedings has effectively rescinded the Scheduling Order.

For the foregoing reasons:

1. Defendants' Motion to Modify April 17, 2012 Scheduling Order [Document 19] is DENIED AS MOOT.

2. The April 17, 2012 Scheduling Order is RESCINDED and a new Scheduling Order shall be issued if the case is not settled.

3. Counsel shall provide a status report regarding settlement by November 30, 2012.

SO ORDERED, on Tuesday, October 16, 2012.

```
                      _____/s/_____
                         Marvin J. Garbis
                      United States District Judge
```